**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 4 2008

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INDICTMENT |
| v. | NO. 1:08-CR-084 |
| DONNA RENEE GAMBLE, | |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

At all times material to this indictment:

## Introduction

1. The defendant, DONNA RENEE GAMBLE, was employed by the Georgia Institute of Technology ("Georgia Tech"), in Atlanta, Georgia, where she was assigned to the Parker H. Petit Institute for Bioengineering and Bioscience ("IBB").

2. The Georgia Tech Research Corporation, a Georgia nonprofit corporation, served as the contracting agency for sponsored research projects performed by Georgia Tech.

3. All grants provided to Georgia Tech were accepted by the Georgia Tech Research Corporation and subsequently subcontracted to Georgia Tech for the project performance.

4. The Georgia Tech/Emory Center for the Engineering of Living Tissues, which was established as an Engineering Research Center by the National Science Foundation ("NSF"), an agency of the United States Government, was funded by NSF and headquartered at IBB.

5.   NSF Grant No. 9731643, titled "ERC: Research Center for the Engineering of Living Tissues," was administered at IBB.

6.   As an employee of Georgia Tech, the defendant, DONNA RENEE GAMBLE, had access to one or more Georgia Tech credit cards, also known as Procurement Cards or "P-Cards," which she was allowed to use for authorized official business purchases only.

7.   The defendant, DONNA RENEE GAMBLE, was prohibited from charging personal purchases on her Georgia Tech P-Cards.

8.   The defendant, DONNA RENEE GAMBLE, was required to submit her monthly P-Card statements to her supervisor, along with receipts for the items charged to her P-Cards.

## COUNTS 1-17

### 18 U.S.C. § 1341

### Mail Fraud

9.   The allegations contained in the preceding paragraphs of this Indictment are realleged and incorporated herein by reference.

### Purpose of the Scheme and Artifice

10.   From on or about April 24, 2002, and continuing to on or about April 23, 2007, in the Northern District of Georgia, the defendant, DONNA RENEE GAMBLE, devised and intended to devise a scheme and artifice to defraud Georgia Tech and NSF by using Georgia Tech P-Cards to charge personal purchases, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises.

## The Scheme and Artifice

11. It was part of the scheme and artifice that:

(a) The defendant, DONNA RENEE GAMBLE, purchased more than 3,800 personal items by charging them to her Georgia Tech P-Cards, at a total cost of more than $316,000.

(b) NSF funds were used to pay for the personal purchases that the defendant, DONNA RENEE GAMBLE, charged to her Georgia Tech P-Cards.

(c) In an effort to conceal and disguise the personal nature of certain charges on her Georgia Tech P-Cards, the defendant, DONNA RENEE GAMBLE, created fake receipts and submitted them to her supervisor, to make it appear that those charges were for authorized official business purposes.

(d) In an effort to conceal and disguise the personal nature of certain charges on her Georgia Tech P-Cards, the defendant, DONNA RENEE GAMBLE, made and caused to be made false entries in Georgia Tech's accounting records.

## The Mailings

12. On or about the dates set forth below, the Defendant, DONNA RENEE GAMBLE, for the purpose of executing the scheme and artifice, and attempting to do so, did knowingly cause to be delivered to 749 Colston Road, SW, Marietta, Georgia, by mail and by private and commercial interstate carrier, the following matters and things, according to the directions thereon:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 1. | November 10, 2004 | Barrington Model 801 Oboe |
| 2. | August 17, 2005 | Makita G2800L, 2800 Watt Power Generator |
| 3. | September 12, 2005 | RV Air Conditioner (15K - Heat/Cool) - Complete Assembly - Color - Ivory |
| 4. | October 11, 2005 | Philips 32PF9630A 32" Widescreen LCD HDtv |
| 5. | February 20, 2006 | U-Line Icemaker |
| 6. | March 1, 2006 | Poulan PB1842LT Lawn Tractor 42" Cutting Deck 6 Speed, 18 HP Briggs & Stratton Engine |
| 7. | April 17, 2006 | Bunn ULTRA-2, Frozen Drink System, White Stainless Steel |
| 8. | May 10, 2006 | Honda Powered Pressure Washer 2600 PSI 5 Hp Comet Pump 2.5 GPM with Wheels |
| 9. | May 17, 2006 | Bushnell Elite 8x43 Waterproof/Fogproof PC3 Magnesium Binocular |
| 10. | June 19, 2006 | RV Air Conditioner, Complete (13.5K / Cool Only / Non-Ducted) - Color - White |
| 11. | August 23, 2006 | Whirlpool Gold GU2400XTPB 24" Built-In Dishwasher with 5 Automatic Cycles, 14 Place Setting Capacity & Glass Xpress Cycle: Black on Black |
| 12. | August 25, 2006 | Maytag MEW5627DDB 27" Electric Double Wall Oven with Two Self-Cleaning Ovens and 2 Oven Racks per Level: Black |
| 13. | September 19, 2006 | Frigidaire FFU2124DW 20.6 Cu. Ft. Upright Freezer with Manual Defrost & 4 Fixed Shelves |
| 14. | October 31, 2006 | Crosley Mini Bubbler Jukebox (WR18-CR) |

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 15. | November 3, 2006 | Voit Competition Soccer Foosball Table Game |
| 16. | April 16, 2007 | Sylvania 6620LDG 20" Flat Panel LCD TV with Built in DVD player |
| 17. | April 17, 2007 | MAKITA 24.5 CC 4 Cycle Gas Blower Model BHX2500 |

All in violation of Title 18, United States Code, Section 1341.

## COUNTS 18-22

### 18 U.S.C. § 666(a)(1)(A)

### Theft from an Organization Receiving Federal Funds

13. The allegations contained in the preceding paragraphs of this Indictment are realleged and incorporated herein by reference.

14. During each one-year period identified below, Georgia Tech received federal assistance in excess of $10,000, and, in the Northern District of Georgia, the defendant, DONNA RENEE GAMBLE, being an agent of Georgia Tech, in that she was an employee of IBB, did embezzle, steal, obtain by fraud, and otherwise without authority knowingly convert to the use of a person other than the rightful owner, money and property valued at $5,000 or more, which money and property was owned by or under the care, custody, and control of Georgia Tech:

| Count | One-Year Period |
|---|---|
| 18. | September 1, 2002 through August 31, 2003 |
| 19. | September 1, 2003 through August 31, 2004 |
| 20. | September 1, 2004 through August 31, 2005 |

| Count | Date of Offense |
|---|---|
| 21. | September 1, 2005 through August 31, 2006 |
| 22. | September 1, 2006 through August 31, 2007 |

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

## CRIMINAL FORFEITURE PROVISION

15. The allegations contained in the preceding paragraphs of this Indictment are realleged and incorporated herein by reference.

16. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 1341, set forth in Counts 1 through 17 of this Indictment, or one or more of the offenses in violation of Title 18, United States Code, Section 666(a)(1)(A), set forth in Counts 18 through 22 of this Indictment, the defendant, DONNA RENEE GAMBLE, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s) of conviction. The property to be forfeited includes, but is not limited to, the following:

    (a)  MONEY JUDGMENT

        A sum of money equal to $ 316,000 in United States currency, representing the amount of proceeds obtained as a result of the mail fraud offenses alleged in Counts 1 through 17 of this Indictment, in violation of

Title 18, United States Code, Section 1341, and the offenses involving theft from an organization receiving federal funds alleged in Counts 18 through 22 of this Indictment, in violation of Title 18, United States Code, Section 666(a)(1)(A).

(b) PERSONAL PROPERTY

    (1) Coral Pink Nintendo DS Lite;

    (2) Olympus Stylus 710 Digital Camera;

    (3) HP Pavilion Laptop, Serial #2CE528MJB;

    (4) Barrington Model 801 Oboe;

    (5) Gateway 838 GM Computer, Serial #XAB59I1010237, Keyboard, Mouse, Power Cord, and Speakers;

    (6) 20" Axion Flat Panel Television and Power Cord;

    (7) Electric Blue Nintendo DS;

    (8) HP Pavilion DV4000 Laptop, Serial #2CE528OMQC;

    (9) Crosley Mini Bubbler Jukebox (WR18-CR);

    (10) Axion 20" Flat Panel Television;

    (11) Bunn Ultra-2 Frozen Drink System, White Stainless Steel;

    (12) Poulan PB1842LT Lawn Tractor with 42" Cutting Deck and 6 Speed, 18 HP Briggs and Stratton Engine;

(13) Makita G28001 2800 Watt Power Generator;

(14) Dewalt DC6KTGA 18-volt, 6 Tool Cordless Combo Kit;

(15) Honda Powered Pressure Washer 2600 PSI 5 HP Comet Pump, 2.5 GPM, with Wheels;

(16) 42" Dual Bin Bagger;

(17) 1 of 2, Auburn White Canopy by Logo Chair;

(18) 2 of 2, Auburn White Canopy by Logo Chair;

(19) Husqvarna 125BT Backpack Blower;

(20) Coleman Gas Log Patio Hearth;

(21) 7.4 Ft Outdoor Stainless Steel Propane/Butane Patio Heater with Wheel;

(22) Centurion Euro-style Boat Cover;

(23) Sharp SD-EX220 160 Watt Single CD/AM/FM Micro System with 1-bit Audio-Half Mirror-finish;

(24) Poulan Pro PP336 17" Straight Shaft Gas Trimmer/Brushcutter, 31cc;

(25) 4 Lafuma Model 40804 RSX La Napoule Recliner Lounge [chairs], Green;

(26) Coleman Roadtrip Sport Grill;

(27) Yard Machines 021G 4.0 Hp Gas Push Mower;

(28) Huffy Main Street Women's Comfort Bike;

(29) 1 of 2, Kulana Luhi Women's Cruiser Bike;

(30) 2 of 2, Kulana Luhi Women's Cruiser Bike;

(31) Solar (SOLES5000) BOOSTER PAC Rechargeable 12V Battery Booster - 1500 Peak Amps, 360 CCA;

(32) Makita 24.5cc 4 Cycle Gas Blower, Model BHX2500;

(33) Sima Stp-1000 Dual-outlet 1000 Watt DC-AC Power Inverter with Soft Start;

(34) Philips 32PF9630A 32" Widescreen LCD HDTV;

(35) HP Pavilion DV4130US 15.4" Notebook PC;

(36) Infocus X2 Multimedia DLP Projector;

(37) Gateway 838GM Media Center Desktop;

(38) HP OfficeJet 7410 All-in-one Printer;

(39) Sony MVCCD350 CD Mavica 3.2MP Digital Camera W/ 3x Optical Zoom;

(40) Olympus Stylus 710 7.1MP Ultra Slim Digital Camera with 3x Optical Zoom;

(41) Sony Cybershot DSCP200 7.2MP Digital Camera 3x Optical Zoom;

(42) BenQ FP737S-D 17" LCD Monitor;

(43) Olympus Stylus 710 7.1MP Ultra Slim Digital Camera with 3x Optical Zoom;

(44) Sirius Sportster Receiver;

(45) Draper 207010 Luma 4:3 Manual Wall Projection Screen;

(46) Auburn Au Elite Leather Man's Watch;

(47) Voit Competition Soccer Foosball Table Game;

(48) Bissell 7950 Proheat Self-propelled Upright Deep Cleaner;

(49) Proview HV-177 - 17" LCD TV and Power Cord;

(50) Samsung LT-P1795W 17" HDTV-ready LCD TV/computer Display and Power Cord;

(51) Yamaha WaveRunner III;

(52) Bounty Hunter Tracker IV Metal Detector;

(53) Bushnell Elite 8x43 Waterproof/Fogproof PC3 Magnesium Binocular; and

(54) Sylvania 6620LDG 20" Flat Panel LCD TV with Built in DVD Player.

17. If, as a result of any act or omission of the defendant, DONNA RENEE GAMBLE, any of the above-described property subject to forfeiture cannot be located upon the exercise of due diligence; has been transferred to, sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been

substantially diminished in value; or has been commingled with other property, which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A _____True_____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

J. RUSSELL PHILLIPS
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar Number 576335

600 United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
Telephone: (404) 581-6000
Fax: (404) 581-6181