U S Department of Justice
United States Attorney

Case 1:08-cr-00084-WCO-AJB   Document 2   Filed 03/04/08   Page 1 of 1

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 4 2008

JAMES N. HATTEN, Clerk
By: /s/ L. Wade
Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

DIVISION __Atlanta__
(USAO 2007R01198)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

COUNTY NAME: __Fulton__

DISTRICT COURT NO: __1:08-CR-084__

MAGISTRATE CASE NO _____

_X_ Indictment     __ Information     __ Magistrate's Complaint

DATE __March 04, 2008__     DATE _____     DATE _____

UNITED STATES OF AMERICA
vs
**DONNA RENEE GAMBLE**

SUPERSEDING

Prior Case No & Date Filed _____

**VIOLATION**

COUNTS CHARGED (as to deft)

TOTAL COUNTS: (as to deft)

GREATER OFFENSE CHARGED:
_X_ Felony     __ Misdemeanor

**DEFENDANT:**

**IS NOT IN CUSTODY:**

1. _X_ Has not been arrested pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date) _____

DATE OF ARREST _____
Or if arresting agency & warrant were not Federal

DATE TRANSFERRED TO U.S CUSTODY _____
Are there any outstanding warrants in this proceeding __ Yes __ No
Date _____     Issued by: _____

**IS IN CUSTODY**

4. __ On this charge
5. __ On another conviction
6. Awaiting trial on other charges __Yes __ No
   __ Federal __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes     __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS | |
|---|---|
| | MAGISTRATE JUDGE _____ |
| | A U S A.. **J. RUSSELL PHILLIPS** |
| | DEFT'S ATTY _____ |

DAVID E NAHMIAS
UNITED STATES ATTORNEY
BY: __J RUSSELL PHILLIPS__
Assistant United States Attorney

DATE __March 04, 2008__