U.S Department of Justice
United States Attorney
Northern District of Georgia

# United States District Court
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

United States

v.

Donna Renee Gamble

**Agent to Arrest**

No. 1:08-CR-084

SERVED AND DELIVERED
U.S. MARSHAL 3/4/08
BY: _L. Wade-Childs_
**DEPUTY CLERK**

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_J. Russell Phillips_
Assistant United States Attorney

Filed In Clerk's Office, this _____

of _____, 20_____

_____
Clerk

By _____
Deputy Clerk

**FILED IN CHAMBERS**
**U.S.D.C. Atlanta**

MAR 4 2008

JAMES N. HATTEN, Clerk
By: _R. Wade-Childs_
Deputy Clerk

Form No USA-19-8
(Rev 08/06/87)
N D Ga. 08/26/94