# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:08-cr-00084-JTC-AJB
## USA v. Gamble
## Honorable Alan J. Baverman

Minute Sheet for proceedings held In Open Court on 04/03/2008.

TIME COURT COMMENCED: 10:03 A.M.
TIME COURT CONCLUDED: 10:03 A.M.
TIME IN COURT: 4 Mins.

TAPE NUMBER: AJB 08-21 @ 1443
DEPUTY CLERK: Lisa Enix

| | |
|---|---|
| DEFENDANT(S): | [1]Donna Renee Gamble Present at proceedings |
| ATTORNEY(S) PRESENT: | Jimmie Berry representing Donna Renee Gamble<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| PRETRIAL CONFERENCE INFO: | Rule 16(PTO ¶¶ II.B./IV.A.-Defendant) Requested and Provided. Rule 12(b)(4) (PTO ¶¶ II.B./IV.B.-Defendant) Requested and Provided. Rule 404(b)(PTO ¶IV.C.-Defendant) Requested and Ordered disclosed 10 days before trial if in ND Ga., 21 days before trial if outside ND Ga. Expert Witness-Defendant Requested and Ordered provided by May 15, 2008. Rule 16(PTO ¶¶ II.B./IV.P.-Government) Requested and Ordered disclosed 21 days before trial. |
| MINUTE TEXT: | Jencks Act statements Requested and Ordered. |