IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION FILE |
| | : | |
| DONNA RENEE GAMBLE, | : | NO. 1:08-CR-84-JTC/AJB |
| | : | |
| Defendant. | : | |

### ORDER CERTIFYING CASE READY FOR TRIAL

Counsel for the parties appeared before the undersigned Magistrate Judge for a pretrial conference. There are no further motions or problems pending before the undersigned to prevent the scheduling of this case for trial. **IT IS THEREFORE ORDERED** and **ADJUDGED** that this action be, and the same is hereby, **CERTIFIED READY FOR TRIAL**.

**IT IS SO ORDERED**, this the 3rd day of April, 2008.

_____
**ALAN J. BAVERMAN**
**UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)