**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN/ATLANTA DIVISIONS**

| | |
|---|---|
| **IN RE:** | **:** |
| **TRIAL CALENDAR** | **:** |
| **BEFORE HON. JACK T. CAMP** | **:** |

## IMPORTANT - PLEASE READ CAREFULLY

Please find enclosed the combined criminal trial calendar for the Newnan/Atlanta Divisions before the Honorable Jack T. Camp, commencing **Tuesday, May 27, 2008, at 9:30 a.m.**, U.S. Courthouse. This calendar shall be **in effect on a month-to-month basis** until all cases are tried or the Court notifies counsel that the calendar has concluded.

**THERE WILL BE NO CALENDAR CALL.** Henceforth, counsel should provide the Court with **two courtesy copies** of any trial-related papers filed in a calendared case, i.e., motions in limine and responses thereto, requests to charge, etc. **Counsel will be expected to comply with all applicable pretrial instructions.**

When your case is the next case to be called, you are directed to be ready for trial on **24-hours** notice. **It is counsel's obligation to determine where your case stands on the calendar.**

DATED this 1st day of May, 2008.

JAMES N. HATTEN, CLERK


By: s/ Deborah Schrepfer

Deborah H. Schrepfer
Deputy Clerk
(404) 215-1525 (Atlanta)
(678) 423-3025 (Newnan)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN/ATLANTA DIVISIONS**

CRIMINAL/CIVIL TRIAL CALENDAR COMMENCING
**TUESDAY, May 27, 2008, at 9:30 A.M.**

**BEFORE THE HONORABLE JACK T. CAMP**

| | |
|---|---|
| AUSA William McKinnon | **UNITED STATES OF AMERICA** |
| 3:07-CR-005-JTC | **versus** |
| Kendal Silas | **HAROLD A. SPACE** |
| JURY TRIAL | SEXUAL EXPLOITATION OF MINORS |

*Plea hearing currently scheduled for May 13, 2008,  <u>Atlanta, GA.</u>*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| AUSA Todd Alley | **UNITED STATES OF AMERICA** |
| 3:06-CR-006-JTC | **versus** |
| Jake Waldrop<br>Colin Garrett | **STACY CARTER** |
| JURY TRIAL | FIREARMS VIOLATIONS |

*Pretrial Conference is scheduled for Monday, May 19, 2008, at 10:00 a.m., <u>Newnan, GA.</u>*
Voir dire shall be due no later than Wednesday, May 12, 2008.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| AUSA David McClernan | **UNITED STATES OF AMERICA** |
| 1:07-CR-297-JTC | **versus** |
| BJ Pak | **CHAOYI MA** |
| JURY TRIAL | PASSING COUNTERFEIT OBLIGATIONS;<br>FORGED AND COUNTERFEIT SECURITIES |

*Plea hearing currently scheduled for May 28, 2008, at 2:00 p.m. (Location to be determined)
In the event the Defendant does not enter a plea, the pretrial conference will be held at that time.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| AUSA Joseph Plummer | **UNITED STATES** |
| 1:07-CR-322-JTC | **versus** |
| Steven Sadow | **SEMIRA ALAMIN** |
| JURY TRIAL | REPORTS ON DOMESTIC COINS & CURRENCY TRANSACTIONS |

***Plea hearing currently scheduled for May 13, 2008, at 2:00 p.m.***, <u>***Atlanta, GA.***</u>
***In the event the Defendant does not enter a plea, the pretrial conference will be held at that time.***

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| AUSA William Traynor | **UNITED STATES** |
| 1:07-CR-420-JTC | **versus** |
| Colin Garrett | **DWAYNE ADRIAN DENNISON** |
| JURY TRIAL | FRAUD |

***Pretrial Conference is scheduled for Monday, May 19, 2008, at 10:00 a.m., <u>Newnan, GA.</u>***
Voir dire shall be due no later than Wednesday, May 12, 2008.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| AUSA Angela Jordan | **UNITED STATES** |
| 1:08-CR-005-JTC | **versus** |
| Colin Garrett | **LARRY ROBINSON** |
| JURY TRIAL | TRANSPORTION OF FIREARMS |

***Pretrial Conference is scheduled for Monday, May 19, 2008, at 2:00 p.m., <u>Newnan, GA.</u>***
Voir dire shall be due no later than Wednesday, May 12, 2008.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| AUSA Russell Phillips | **UNITED STATES** |
| 1:08-CR-84-JTC | **versus** |
| Jimmie Dodd Berry | **DONNA RENEE GAMBLE** |
| JURY TRIAL | FRAUDS AND SWINDLES |

***Plea hearing currently scheduled for May 13, 2008, at 2:00 p.m.***, <u>***Atlanta, GA.***</u>
***In the event the Defendant does not enter a plea, the pretrial conference will be held at that time.***

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| AUSA Joe Plummer | **UNITED STATES** |
| 1:08-CR-84-JTC | **versus** |
| Millie G. Dunn | **RENARD JAMIL SHEALEY** |
| JURY TRIAL | TRANSPORTATION OF FIREARMS |

***Plea hearing currently scheduled for May 13, 2008, at 2:00 p.m.**, <u>Atlanta, GA.</u>*
***In the event the Defendant does not enter a plea, the pretrial conference will be held at that time.***

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| AUSA Nancy Weiss | **UNITED STATES** |
| 1:08-CR-84-JTC | **versus** |
| Richard Holcomb | **MAVIS OFOSUHENE** |
| JURY TRIAL | FALSE STATEMENT IN APPLICATION/USE OF PASSPORT |

***Pretrial Conference is scheduled for Tuesday, June 10,, 2008, at 10:00 a.m., <u>Atlanta, GA.</u>***
Voir dire shall be due no later than Tuesday, June 3, 2008.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -