# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:08-cr-00084-JTC-AJB
### USA v. Gamble
### Honorable Jack T. Camp

Minute Sheet for proceedings held In Open Court on 05/13/2008.

| | |
|---|---|
| TIME COURT COMMENCED: 3:30 P.M. | COURT REPORTER: Lori Burgess |
| TIME COURT CONCLUDED: 3:50 P.M. | CSO/DUSM: Michael Jerrolds |
| TIME IN COURT: 0:20 | DEPUTY CLERK: Debbie Schrepfer |

| | |
|---|---|
| DEFENDANT(S): | [1]Donna Renee Gamble Present at proceedings |
| ATTORNEY(S) PRESENT: | Jimmie Berry representing Donna Renee Gamble<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement; Notice of Sentencing Date |
| MINUTE TEXT: | Defendant sworn, advised of rights. Defendant entered a negotiated plea of guilty to Counts 1 thru 22 of Counts 1 thru 22. Sentencing scheduled for 7/22/2008 at 2:00 p.m. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for 7/22/2008 at 2:00 p.m.; |