IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO.** |
| vs. | : | **1:08-CR-84-JTC** |
| | : | |
| **DONNA RENEE GAMBLE** | : | |

## NOTICE OF SENTENCING DATE

TO:   Above named Defendant

By direction of the Honorable Jack T. Camp, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Northern District of Georgia in Courtroom 2106, **Atlanta**, on Tuesday, July 22, 2008, at 2:00 p.m., where sentence will be imposed.

You will receive no further notice.

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed in this regard.

James N. Hatten, Clerk

DATE:   May 13, 2008

COUNSEL:   Jimmie D. Berry

RECEIVED:   _[signature]_
(Defendant)

BY:   Deborah H. Schrepfer
Courtroom Deputy Clerk

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney call the Courtroom Deputy Clerk whose name appears above.   Newnan: 678-423-3025 / Atlanta: 404-215-1525.

| | | | | | |
|---|---|---|---|---|---|
| PLEA | ( ) | BOND | (x) | TO COUNTS: | 1-22 |
| TRIAL | ( ) | FEDERAL CUSTODY | ( ) | of Total Counts: 1-22 | |
| NOLO | ( ) | STATE CUSTODY | ( ) | ASST. U.S. ATTY: | |
| NEGOTIATED PLEA | (✓) | USM CUSTODY | ( ) | John Russell Phillips | |

Copies:   Clerk          U.S. Attorney       U.S. Marshal
         Defendant      Counsel             U.S. Probation Officer