# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:08-cr-00084-JTC-AJB
## USA v. Gamble
## Honorable Jack T. Camp

Minute Sheet for proceedings held In Open Court on 08/19/2008.

| | |
|---|---|
| TIME COURT COMMENCED: 2:35 P.M. | COURT REPORTER: Lori Burgess |
| TIME COURT CONCLUDED: 2:50 P.M. | CSO/DUSM: Dwight Williams |
| TIME IN COURT: 00:15 | DEPUTY CLERK: Harry Martin |

| | |
|---|---|
| DEFENDANT(S): | [1]Donna Renee Gamble Present at proceedings |
| ATTORNEY(S) PRESENT: | Jimmie Berry representing Donna Renee Gamble<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentencing Hearing held, Counts 1-22. USPO Kelly Adcock present. CBOP 32 MONTHS. $2,200 Special Assessment. 3 Years Supervised Release with special and standard condition. RESTITUTION: $316,874,12. |
| HEARING STATUS: | Hearing Concluded |