PROB 12
(Rev. 3/88)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 2 5 2012

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT

для

# NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Donna Renee Gamble          Docket No. 1:08-CR-084-JTC-1

## PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW Eric G. Christian PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Donna Renee Gamble who was placed on supervision for the offense of Mail Fraud & Theft from an Organization Receiving Federal Funds, 18 U.S.C. §1341 & 18 U.S.C. §666(a)(1)(A), by the Honorable Jack T. Camp sitting in the court at Atlanta, on the 19 day of August, 2008 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

Pursuant to 42 U.S.C. 14135a(d)(1) and 10 U.S.C. 1565(d), which requires mandatory DNA testing for federal offenders convicted of felony offenses, the defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall perform 250 hours of community service under the guidance and supervision of the U.S. Probation Officer.

The defendant shall make a full and complete disclosure of finances and submit to an audit of financial documents, at the request of the United States Probation Officer.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer and unless the defendant is in compliance with the installment payment schedule.

The defendant shall not own, possess or have under her control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of her person, property(real, personal or rental), residence, office, and/or vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

Pay restitution in the amount of $316,874.12 at the monthly rate of $150.00, while on supervised release.

Your Honor assumed jurisdiction of the case on December 21, 2011.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

In review of Mrs. Gamble's current financial situation, she is unable to pay restitution at the ordered amount of $150.00 per month.

PRAYING THAT THE COURT WILL ORDER the conditions of Supervised Release be modified to reduce the monthly restitution to a minimum payment amount of $75.00, plus 25% of any gross income in excess of $2,300.00.

ORDER OF COURT

Considered and ordered this ___20th___ day of ___January___, __2012__

and ordered filed and made a part of the records

in the above case.

_____
Honorable William C. O'Kelley
Senior U. S. District Court Judge

Respectfully,

_____
Eric G. Christian
U. S. Probation Officer

Place:   Gainesville, Georgia

Date:    December 22, 2011

_____
Shelley S. Jones
Supervising U.S. Probation Officer